IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CEDRIC E. LYTTON, | : |
| Plaintiff, | : |
| vs. | : CA 12-0170-KD-C |
| THYSSENKRUPP INPLANT SERVICES, LLC, | : |
| | : |
| Defendant. | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 31, 2012 is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action be and is hereby dismissed without prejudice for failure to prosecute and to obey the Court's order

**DONE** and **ORDERED** this 31st day August, 2012.

                                                  s/ Kristi K. DuBose
                                        UNITED STATES DISTRICT JUDGE